IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SAMUEL LEON BLACK,**

   *Plaintiff*,

v.                             Case No.: 4:22cv92-MW/MJF

**TONYA A. WEAVER,**

   *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for lack of subject-matter jurisdiction." The Clerk shall close the file.

**SO ORDERED** on April 13, 2022.

                                        *s/Mark E. Walker*
                                        **Chief United States District Judge**